IN THE SUPREME COURT OF TEXAS

 No. 05-0951

 IN RE SOUTHWESTERN BELL TELEPHONE COMPANY, L.P.

 On Petition for Writ of Mandamus

ORDERED:

 1. Relator's motion for emergency temporary relief, filed November
16, 2005, is granted. All proceedings in Cause No. C-1535-03-E, styled
Debbie Clara Trevino, Arnoldo Benavides, Annette Muniz, Clarkson Reid,
Wayne Porter, Individually and on behalf of All Others Similiarly Situated,
in the 275th District Court of Hidalgo County, Texas, are stayed pending
further order of this Court.

 Done at the City of Austin, this November 22, 2005.
 [pic]
 Andrew Weber, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk